IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEVON BROCK and MARY BROCK,** | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | NO. 12-5055 |
| **HARRAH'S ATLANTIC CITY PROPCO, LLC, and HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC,** | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 6th day of March, 2013, upon consideration of Motion of Defendants, Harrah's Atlantic City Propco. LLC and Harrah's Atlantic City Operating Company, LLC to Dismiss Plaintiffs' Complaint or, in the Alternative, to Transfer to the United States District Court for the District of New Jersey ("the Motion") (Document No. 18, filed December 27, 2012), Plaintiffs' Response to Defendants' Motion to Dismiss Plaintiffs' Complaint or in the Alternative to Transfer to the United States District Court for the District of New Jersey (Document No. 19, filed January 10, 2013), Defendants' Sur Reply [sic] to Plaintiffs' Response to Defendants' Motion to Dismiss and/or Transfer (Document No. 20, filed January 16, 2013), and Plaintiffs' Response to Defendants' Reply to Plaintiffs' Response to Defendants' Motion to Dismiss Plaintiffs' Complaint or in the Alternative to Transfer to the United States District Court for the District of New Jersey (Document No. 21, filed January 18, 2013), following a telephone conference with the parties, through counsel, on March 4, 2013, for the reasons set forth in the Memorandum dated March 6, 2013, **IT IS ORDERED** as follows:

    1.    The Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

      a. That part of the Motion that seeks dismissal is **DENIED**; and

      b. That part of the Motion that seeks transfer of the case to the United States District Court for the District of New Jersey is **GRANTED**.

2. Pursuant to 28 U.S.C. § 1631, the action shall be **TRANSFERRED** to the United States District Court for the District of New Jersey, Camden Vicinage;

3. The Clerk of the United States District Court for the Eastern District of Pennsylvania **SHALL SEND** the complete file to the United States District Court for the District of New Jersey, Camden Vicinage; and

4. The Clerk of the United States District Court for the Eastern District of Pennsylvania shall **MARK** this case **CLOSED**.

                                                                                                        **BY THE COURT:**

                                                                                                        /s/ Hon. Jan E. DuBois
                                                                                                        _____
                                                                                                        **JAN E. DuBOIS, J.**